TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00417-CR







Christy Jo Franks, Appellant



v.



The State of Texas, Appellee






FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY


NO. 2C05-03778, HONORABLE GERALD M. BROWN, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was originally due to be filed on September 20, 2006. On that
date, the court reporter informed the Court that the record would be completed by November 10. 
The reporter later asked for an additional fifteen days. The record has not been received.

The court reporter for the Bell County Court at Law No. 2, Ms. Valerie Dees, is
ordered to file the reporter's record no later than January 19, 2007. See Tex. R. App. P. 37.3(a)(2).

It is ordered December 13, 2006.



Before Chief Justice Law, Justices Puryear and Pemberton

Do Not Publish